**No. 56183.**—M. H. Shiman & Co., Inc. *v.* United States, protest 173921–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 56184.**—Henry Schwab Lapidary, Inc. *v.* United States, protest 173931–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 56185.**—J. & H. Baer, Inc., and Leo Wolleman, Inc. *v.* United States, protests 174050–K and 174051–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 56186.**—F. C. Mackay *v.* United States, protest 171361–K (Pembina).

Opinion by COLE, J.  When the case was called for trial, plaintiff moved for dismissal, to which defendant agreed.  The protest was therefore dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 20, 1951

**No. 56187.**—E. J. Longyear Company *v.* United States, protest 172898–K (Minneapolis).